UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Josea Barney Chapman, Jr. | Civil 04-5081 MJD/FLN |
| Petitioner, | |
| v. | O R D E R |
| W. I. LeBlanc, Jr., | |
| Respondent. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 13, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus [#1] is DENIED.

DATED: August 19, 2005.  
at Minneapolis, Minnesota

s/ Michael J. Davis  
JUDGE MICHAEL J. DAVIS  
United States District Court